**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03 CR 978 |
| v. | ) | |
| | ) | Hon. Amy J. St. Eve |
| MOUSA MUHAMMAD MARZOOK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Filing**

To: **Joseph Ferguson**, AUSA 219 S Dearborn Room 5000 Chicago, Illinois

Please take notice that on Wednesday, August 9, 2006 I electronically filed with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S Dearborn Street Chicago, Illinois the original of the **Motion for Attorney Conducted Voir Dire and Memorandum of Law in Support of Attorney Conducted Voir Dire.**

**Certificate of Service**

Andrea D. Lyon, Attorney at Law, that I have served the attached on the above named AUSA by electronic means.


/s/ Andrea D. Lyon
Andrea D. Lyon