Case 1:03-cr-00978 Document 625 Filed 08/09/2006 Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 978 |
| | ) | Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR ATTORNEY PARTICIPATION IN VOIR DIRE

Comes now Defendant Abdelhaleem Hasan Abdelraziq Al Ashqar ("Dr. Ashqar"), with his attorneys, William B. Moffitt and Andrea D. Lyon, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, as well as the Fifth, Sixth and Eighth Amendments to the United States Constitution, and respectfully moves this Court to permit counsel to participate in voir dire.

In support whereof Dr. Ashqar states as follows:

1. Dr. Ashqar has been indicted on charges relating to allegations of terrorism and obstruction of justice.

2. The very nature of the charges themselves are emotionally and politically evocative.

3. There also has been extensive pre-trial publicity regarding this case.

4. This case involves highly sensitive issues: terrorism, well-publicized violence during the conflicts between Palestine and Israel, not to mention the current hostilities between Hezbollah and Israel – matters jurors are very likely to conflate, and the undeniable risk of racial and/or religious prejudice. *See* Bernard, J.L. "Interaction Between the Race of the Defendant and That of Jurors in Determining Verdicts" Law and Psychology Review,

Case 1:03-cr-00978 Document 625 Filed 08/09/2006 Page 2 of 2

Volume 5, 1979 page 103.  University of Alabama.

5.    Given strict judicial control, attorney participation will not prolong the jury selection in this action.  In fact, limited attorney participation after review o f the questionnaire, properly supervised as it will be, may take less time than voir dire examination conducted entirely by the Court.

Wherefore, for all of these reasons and for the reasons in his accompanying memorandum of law, Dr. Ashqar prays that his motion for attorney participation in voir dire be granted.

Respectfully Submitted,

/s/ William B. Moffitt                            /s/ Andrea D. Lyon
**WILLIAM B. MOFFITT**                     **ANDREA D. LYON**,
Moffitt & Brodnax, Ltd.                        25 E. Jackson Blvd.
The Mills Building, Suite 400               Chicago, Illinois 60604
1700 Pennsylvania Avenue, NW          (312) 362-8402
Washington, D.C.  20006

Attorneys for Defendant Ashqar