**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 978 |
| | ) | Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE**

Comes now Defendant Abdelhaleem Hasan Abdelraziq Al Ashqar ("Dr. Ashqar"), with his attorneys, William B. Moffitt and Andrea D. Lyon, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, as well as the Fifth, Sixth and Eighth Amendments to the United States Constitution, and respectfully submits his Motion for Individual Sequestered Voir Dire.

In support whereof Dr. Ashqar states as follows:

1.      Dr. Ashqar has been indicted on charges relating to allegations of terrorism and obstruction of justice.

2.      The very nature of the charges themselves are emotionally and politically evocative.

3.      There also has been extensive pre-trial publicity regarding this case.

4.      This case involves highly sensitive issues: terrorism, well-publicized violence during the conflicts between Palestine and Israel, not to mention the current hostilities between Hezbollah and Israel – matters jurors are very likely to conflate –  and the undeniable risk of racial and/or religious prejudice.

1

5.      This prosecution has been the subject of publicity in this community.  Therefore, questioning of single jurors on any of these and other sensitive topics before the entire panel poses the danger of contamination of all jurors.

Wherefore, for all of these reasons and for the reasons in his accompanying memorandum of law, Dr. Ashqar prays that his motion for individual sequestered voir dire be granted.

Respectfully Submitted,

/s/ William B. Moffitt                          /s/ Andrea D. Lyon

**WILLIAM B. MOFFITT**                   **ANDREA D. LYON**,

Moffitt & Brodnax, Ltd.                       25 E. Jackson Blvd.

The Mills Building, Suite 400               Chicago, Illinois 60604

1700 Pennsylvania Avenue, NW            (312) 362-8402

Washington, D.C.  20006

Attorneys for Defendant Ashqar

2