**ATTACHMENT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR NO. 3:04-CR-240-G |
| | § | |
| HOLY LAND FOUNDATION | § | |
| FOR RELIEF AND DEVELOPMENT, | § | |
|     also known as the "HLF" (01) | § | |
| SHUKRI ABU BAKER,   (02) | § | **ECF** |
| MOHAMMED EL-MEZAIN, (03) | § | |
| GHASSAN ELASHI, (04) | § | |
| HAITHAM MAGHAWRI,  (05) | § | |
| AKRAM MISHAL,  (06) | § | |
| MUFID ABDULQADER,  (07) and | § | |
| ABDULRAHMAN ODEH  (08) | § | |

List of Unindicted Co-conspirators and/or Joint Venturers*

    (It should be noted that certain individuals and/or entities appear in more than one category).

I.    **The following are individuals/entities who are and/or were part of the HAMAS' social infrastructure in Israel and the Palestinian territories:**

1.    Abdel Al Jeneidi
2.    Abdel Khalek Al Natsheh
3.    Abdel Rahim Hanbali
4.    Abdul Rahman Baroud
5.    Adali Yaish
6.    Ahmad Abdullah
7.    Ahmed Al Kurd
8.    Ahmed Baher

**List of Unindicted Co-conspirators - Page 1**

# ATTACHMENT A

9.   Akram Kharoubi
10.  Alaa Anwar Aqel
11.  Al Anwar Al Ibrahimi Library
12.  Al Salah Society
13.  Al Razi Hospital
14.  Amal Alafranji
15.  Amin Shweiki
16.  Anees Shaheen
17.  Aqel Rabi
18.  Asaad Abu Sharkh
19.  Bethlehem Orphans Society
20.  Bilal Yousif Asfira
21.  Ekram Taweel
22.  Fallah Herzallah
23.  Fatimeh Odeh
24.  Fawaz Hamad, aka Abul Abed
25.  Foud Abu Zeid
26.  Ghassan Harmas
27.  Hafeth Natsheh
28.  Halhul Zakat
29.  Hamad Hassanat
30.  HAMAS
31.  Hamed Al Bitawi
32.  Hanadi Natsheh
33.  Hashem Sadeq El Natsheh
34.  Hatem Qafisha
35.  Hoda Abdeen
36.  Hosni Khawaji
37.  Husni Abu Awad
38.  Hussein Abu Kweik
39.  Hussein Al Khatib
40.  Ibrahim Abdel Rahim Dawoud, aka Bilal Hanoun
41.  Ibrahim Mosleh
42.  Ibrahim Al Yazuri
43.  Islamic University of Gaza
44.  Islamic Center of Gaza, aka Islamic Complex, aka Al Mojamma Al Islami
45.  Islamic Relief Committee
46.  Islamic Society of Gaza

**List of Unindicted Co-conspirators - Page 2**

# ATTACHMENT A

47. Islamic Charitable Society of Hebron
48. Islamic Science and Culture Committee
49. Islamic Heritage Committee
50. Jamal Al Khodary
51. Jamal Al Tawil
52. Jamil Hammami, aka Abu Hamza
53. Jenin Zakat
54. Kamal Al Tamimi, aka Abu Islam
55. Khaled Abdelqader
56. Khalid Al Masri
57. Khalil Shaheen
58. Mahmoud Yasin Ahmed El Sheikh Yasin
59. Mahmud Rumahi
60. Mahtahdi Musleh
61. Mervit Al Masri
62. Mohamed Fouad Abu Zeid
63. Mohamed Saker
64. Mohamed Eid Misk
65. Mohamed Siam, aka Abu Mahmud
66. Mufid Mukhalalati
67. Muhamad Salman Baroud
68. Muhammad Taha
69. Muhammad Muharam
70. Muslim Womens' Society
71. Nabil Mansour
72. Nablus Zakat
73. Najeh Bakarat
74. Nasser Hidmi
75. Omar Hamdan
76. Patients Friends Society
77. Qalqilya Zakat
78. Ramallah Zakat
79. Riyad Walwil
80. Salem Salamah
81. Seham Al Quatros
82. Siham Al Masri
83. Sulieman Ighbariya
84. Taher Shreitah

**List of Unindicted Co-conspirators - Page 3**

# ATTACHMENT A

85. Talal Sader
86. Tawfik ATrash
87. Tolkarem Zakat
88. Walid Jarrar
89. Young Mens' Muslim Society
90. Zaid Zakarneh
91. Ziyad Mishal
92. Zuhair Elbarasse


II.   **The following are individuals who participated in fund-raising activities on behalf of the Holy Land Foundation for Relief and Development**:

1. Abdallah Azzam
2. Abdel Jabar Hamdan
3. Abdel Aziz Jaber
4. Abdul Muni Abu Zunt
5. Ahmed Al Kofahi
6. Ahmed Nofel
7. Ahmed Al Qattan
8. Ahmed Kafaween
9. Aziz Dweik
10. Bassam Jarrar
11. Deeb Anees
12. Faisal Malawi
13. Fathi Yakan
14. Ghazi Honeina
15. Hamed Al Bitawi
16. Hammam Saeed
17. Hamza Mansour
18. Hatem Qafisha
19. Hatem Jarrar
20. Jamal Badawi
21. Jamil Hammami, aka Abu Hamza
22. Kamal Hilbawi
23. Khalil Al Quqa
24. Mahfuz Nahnah
25. Mahmud Zahar, aka Abu Khaled

List of Unindicted Co-conspirators - Page 4

# ATTACHMENT A

26. Majdi Aqel
27. Mohamed Siam, aka Abu Mahmud
28. Mohamed Anati
29. Mohamed Shbeir
30. Mohammed Faraj Al Ghul
31. Muharram Al Arifi
32. Mustafa Mahsur
33. Omar Sobeihi
34. Omar Al Ashqar
35. Qadi Hassan
36. Raed Saleh
37. Rashed Ghanoushi
38. Yussef Al Qaradawi


**III.   The following are individuals/entities who are and/or were members of the US Muslim Brotherhood's Palestine Committee and/or its organizations**

1. Abdel Haleem Ashqar, aka Abdel Hassan
2. Ahmed Agha
3. Akram Kharoubi
4. Al Aqsa Educational Fund
5. American Middle Eastern League, aka AMEL
6. Ayman Ismail
7. Ayman Sharawi
8. Ayman Siraj Eddin
9. Basman Elashi
10. Bayan Elashi
11. Council on American Islamic Relations, aka CAIR
12. Dalell Mohamed
13. Fawaz Mushtaha, aka Abu Mosab
14. Fayez Idlebi
15. Ghassan Dahduli
16. Hamoud Salem
17. Hassan Sabri
18. Hazim Elashi
19. IAP Information Office
20. Ibrahim Al Samneh

# ATTACHMENT A

21.  INFOCOM
22.  International Computers and Communications, aka ICC
23.  Islam Siam
24.  Islamic Association for Palestine in North America, aka IAP
25.  Islamic Association for Palestine, aka IAP
26.  Ismail Elbarasse, aka Abdul Hassan, aka Abd el Hassan
27.  Ismail Jaber
28.  Issam El Siraj
29.  Izzat Mansour
30.  Jamal Said
31.  Kifah Mustapha
32.  Mohamed Abbas
33.  Mohamed Abu Amaria
34.  Mohamed El Shorbagi
35.  Mohamed Akram Adlouni
36.  Mohamed Al Hanooti
37.  Mohamed Jaghlit
38.  Mohamed Qassam Sawallha, aka Abu Obeida
39.  Mohamed Salah
40.  Munzer Taleb
41.  Muin Shabib
42.  Nader Jawad
43.  Omar Ahmad, aka Omar Yehia
44.  Omar El Sobani
45.  Palestine Committee
46.  Rashid Qurman
47.  Rasmi Almallah
48.  United Association for Studies and Research, aka UASR
49.  Walid Abu Sharkh
50.  Walid Ranu
51.  Yasser Saleh Bushnaq
52.  Yousef Saleh, aka Ahmed Yousef
53.  Zaher Salman, aka Osama Abdullah

# ATTACHMENT A

IV.    **The following are individuals/entities who are and/or were members of the Palestine Section of the  International Muslim Brotherhood**:

1.    Abdallah Azzam
2.    Abdel Rahman Abu Diyeh
3.    Ahmed Nofel
4.    Ali Mishal
5.    Hammam Saeed
6.    Hani El Jasser
7.    Imad Abu Diyeh
8.    Islamic Action Front
9.    Issa Mohamed Ahmad
10.    Jawad Al Hamad
11.    Kandil Shaker
12.    Khairy Al Ahga, aka Abu Obeida
13.    Khalid Taqi Al Din
14.    Mohamed Abu Fares
15.    Mohamed Eweida
16.    Munir Elashi
17.    Muslim Brother, aka Ikwan Al Muslimi
18.    Mustafa Mahsur
19.    Rageh El Kurdi
20.    Ziad Abu Ghanimeh

V.    **The following are individuals who are and/or were leaders of HAMAS inside the Palestinian territories:**

1.    Abdel Aziz Rantisi
2.    Ahmed Yassin
3.    Ibrahim Al Yazuri
4.    Imad Aqel
5.    Ismail Abu Shanab
6.    Ismail Haniya
7.    Mahmud Al Rumahi
8.    Mahmud Zahar, aka Abu Khaled
9.    Muhammad Taha
10.    Salah Shehadah

# ATTACHMENT A

VI.     **The following are individuals who are and/or were leaders of the HAMAS Political Bureau and/or HAMAS leaders and/or representatives in various Middle Eastern/African countries:**

1.     Ibrahim Ghoshe
2.     Imad Alami
3.     Khalid Mishal, aka Abu Walid
4.     Mousa Abu Marzook, aka Abu Omar
5.     Jamal Issa, aka Jamal Abu Baker
6.     Mohamed Siyam

VII.    **The following are individuals/entities who are and/or were members of the US Muslim Brotherhood**:

1.     Abdel Rahman Alamoudi
2.     Gaddor Ibrahim Saidi
3.     Islamic Society of North America, aka ISNA
4.     Muslim Arab Youth Association, aka MAYA
5.     Nizar Minshar
6.     North American Islamic Trust, aka NAIT
7.     Raed Awad
8.     Tareq Suwaidan

VIII.   **The following are individuals/entities that are and/or were part of the Global HAMAS financing mechanism:**

1.     Al Aqsa Society
2.     Abdel Rahim Nasrallah
3.     Association de Secours Palestinians
4.     Commiti De Bienfaisance et de Secours aux Palestinians, aka CBSP
5.     Interpal
6.     Jersualem Fund, aka IRFAN
7.     K & A Overseas Trading
8.     Khairy Al Ahga, aka Abu Obeida
9.     Palestine Relief and Development Fund
10.    Palestine and Lebanon Relief Fund
11.    Palestinian Association of Austria
12.    Sanabil Foundation for Relief and Development

# ATTACHMENT A

13.     Soboul Al Khair

**IX.     The following are other individuals/entities that Marzook utilized as a financial conduit on behalf and/or for the benefit of HAMAS:**

1.     Bashir Elashi
2.     Gaddor Ibrahim Saidi
3.     INFOCOM
4.     International Computers and Communications, aka ICC
5.     K & A Overseas Trading
6.     Khairy Al Ahga, aka Abu Obeida
7.     Mohamed Salah
8.     Munir Elashi
9.     Nadia Elashi
10.    Omar Salah Badahdah


**X.     The following are individuals who were HLF employees, directors, officers and/or representatives:**

1.     Abdel Jabar Hamdan
2.     Ahmed Agha
3.     Akram Kharoubi
4.     Amal Alafranji
5.     Amin Shweiki
6.     Anees Shaheen
7.     Asaad Abu Sharkh
8.     Ayman Ismail
9.     Basman Elashi
10.    Dalell Mohamed
11.    Ekram Taweel
12.    Fatimeh Odeh
13.    Fawaz Hamad, aka Abul Abed
14.    Ghassan Harmas
15.    Hanadi Natsheh
16.    Hazim Elashi
17.    Hoda Abdeen
18.    Hussein Al Khatib

# ATTACHMENT A

19.  Islam Siam
20.  Jamal Al Khodary
21.  Kamal Al Tamimi, aka Abu Islam
22.  Khalid Al Masri
23.  Mervit Al Masri
24.  Mohamed Dahroug
25.  Mohamed Eid Misk
26.  Mufid Mukhalalati
27.  Muhammad Muharram
28.  Kifah Mustapha
29.  Mohamed Anati
30.  Mohamed El Shorbagi
31.  Omar Kurdi
32.  Raed Awad
33.  Ramzi Abu Baker
34.  Rasmi Almallah
35.  Seham Al Quatros
36.  Sharif Battiki
37.  Siham Al Masri
38.  Taqi Al Din
39.  Zuhair Elbarasse

**XI.  The following are HAMAS members whose families received support from the HLF through the HAMAS social infrastructure**:

1.  Adel Awadallah
2.  Abdel Rahman Arouri
3.  Abdel Aziz Rantisi
4.  Ahmed Yassin
5.  Ismail Abu Shanab
6.  Ismail Haniya
7.  Jamil Al Baz
8.  Kamal Naeem
9.  Khalil Al Quqa
10.  Khamis Zaki Akel
11.  Naser Ghazi Edweidar
12.  Salah Eldin Nijmi
13.  Salah Othman

# ATTACHMENT A

14.  Salah Shehadah
15.  Yasser Hassanat
16.  Yasser Namruti
17.  Yehia Ayyash

* The names listed herein are spelled in the manner most commonly seen, or phonetically, however it should be remembered that such names are subject to multiple spelling variations.